IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

STEPHEN D. SMITH,  )
 )
    Plaintiff,  )
 )
 )    No. 1:14-cv-00140
v.  )    Senior Judge Haynes
 )
MARSHALL COUNTY SHERIFF'S  )
OFFICE, et al.,  )
 )
    Defendants.  )

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation (Docket Entry No. 160), to which Plaintiff filed objections (Docket Entry No. 163). After *de novo* review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and accordingly Defendants' motion to dismiss (Docket Entry No. 95) is **DENIED as moot** due to the subsequent filing of an amended complaint and Defendant Eliot's motion to dismiss (Docket Entry No. 121) is **GRANTED** and the complaint against him is dismissed.

It is so **ORDERED**.

**ENTERED** this the 9th day of March, 2016.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Judge