IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| STEPHEN D. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:14-cv-00140 |
| | ) | Senior Judge Haynes |
| v. | ) | |
| | ) | |
| MARSHALL COUNTY SHERIFF'S OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motions for summary judgment (Docket Entry Nos. 138 and 145) are **GRANTED**. All pending motions (Docket Entry Nos. 136, 137, 149 and 171) are **DENIED as moot**. This action is **DISMISSED without prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 8th day of September, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge